Carmen REOGAS, Wanda Gibson, Karen Howard, Plaintiffs-Appellants,

v.

Jimmy GRAY, Monarch Tile, Inc., Defendants-Appellees.

No. 96-6767.

United States Court of Appeals,

Eleventh Circuit.

Aug. 26, 1999.

Appeal from the United States District Court for the Northern District of Alabama (No. CV 94-B-2216-NW); Sharon Lovelace Blackburn, Judge.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.

Before DUBINA, Circuit Judge, and HILL and GIBSON[*], Senior Circuit Judges.

PER CURIAM:

The judgment of this court, an unpublished affirmance dated January 6, 1998, having been vacated by the Supreme Court, *Reogas v. Gray,* --- U.S. ----, 119 S.Ct. 2363, --- L.Ed.2d ---- (1999), and the premises considered,

IT IS ORDERED that the judgment of the district court is VACATED and the case is REMANDED to that court for further consideration in light of *Faragher v. City of Boca Raton,* 524 U.S. 775, 118 S.Ct. 2275, 141 L.Ed.2d 662 (1998) and 11 U.S.C. Section 362.

---

[*]Honorable John R. Gibson, Senior U.S. Circuit Judge for the Eighth Circuit, sitting by designation.